NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UCB, INC., UCB BIOPHARMA SRL,**

*Plaintiffs-Appellees*

**v.**

**ANNORA PHARMA PRIVATE LIMITED, APOTEX INC., APOTEX CORP.,**

*Defendants*

**MSN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD.,**

*Defendants-Appellants*

---

2024-1056

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00987-CFC-JLH, 1:20-cv-01343-CFC, Chief Judge Colm F. Connolly.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    UCB, Inc. v. Annora Pharma Private Limited

(2)  Each side shall bear their own costs.


                                        FOR THE COURT

November 21, 2023
        Date                            /s/ Jarrett B. Perlow
                                        Jarrett B. Perlow
                                        Clerk of Court


**ISSUED AS A MANDATE:** November 21, 2023